```
STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS J. BRADY
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```



```
             IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF HAWAII


UNITED STATES OF AMERICA,     )   CR. NO.
                              )
               Plaintiff,     )   INDICTMENT
                              )
       vs.                    )   [21 U.S.C. § 841(a)(1) &
                              )    18 U.S.C. § 2]
RICHARD LEVI,          (01),)
    also known as "Super Size" )
REUBEN SILVA,          (02),)
    also known as "Blackie"   )
                              )
               Defendants.    )
                              )
```

                            INDICTMENT

    The Grand Jury charges that:

    On or about May 2, 2000, in the District of Hawaii, defendants RICHARD LEVI, also known as "Super Size", and REUBEN SILVA, also known as "Blackie", did knowingly and intentionally possess with intent to distribute in excess of 50 grams of methamphetamine, a Schedule II controlled substance.

    All in violation of Title 21, United States Code,

Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: 05·10·00 , 1999, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS J. BRADY
Assistant U.S. Attorney

United States v. Richard Levi, et al.
Cr. No. _____
"Indictment"