AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
#### District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | Case Number: CR 00-00105 SOM 03 & CR 00-00201 SOM 02 |
| REUBEN SILVA, aka "Blackie" | |
| (Name and Address of Defendant) | |

YOU ARE HEREBY COMMANDED TO ARREST REUBEN SILVA, aka "Blackie" and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order to Show Cause Why Supervision Should Not be Revoked.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 7 2007

at _4_ o'clock and _15_min _A_ M
SUE BEITIA, CLERK

in violation of Title  United States Code, Section(s) .

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | November 3, 2003 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL        By: Susan Oki Mollway, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received<br>3-3-03 | NAME AND TITLE OF ARRESTING OFFICER<br>GLENN D. FERREIRA<br>DUSM | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest<br>9-8-04 | | |